June 3, 1968.

No. 31, Orig. UTAH *v.* UNITED STATES. Joint motion for leave to file stipulation referred to Special Master. MR. JUSTICE MARSHALL took no part in the consideration or decision of this joint motion. *Phil L. Hansen,* Attorney General of Utah, and *Solicitor General Griswold* for the United States on the motion. [For earlier orders herein, see, *e. g.,* 390 U. S. 977.]

No. 1038. PUBLIC UTILITY DISTRICT No. 1 OF PEND OREILLE COUNTY *v.* CITY OF SEATTLE; and

No. 1039. CITY OF SEATTLE *v.* PUBLIC UTILITY DISTRICT No. 1 OF PEND OREILLE COUNTY. C. A. 9th Cir. Joint motion to defer consideration of these petitions for writs of certiorari granted. *Clarence C. Dill, William G. Ennis,* and *Bennett Boskey* for Public Utility District No. 1 of Pend Oreille County, and *A. L. Newbould* and *Richard S. White* for the City of Seattle, in both cases.

No. 1212. UNITED STATES *v.* AUGENBLICK ET AL. Ct. Cl. (Certiorari granted, 390 U. S. 1038.) Motion of respondents to remove case from summary calendar granted. *Joseph H. Sharlitt* for Augenblick, and *Francis J. Steiner, Jr.,* for Juhl, on the motion. *Solicitor General Griswold* for the United States filed a memorandum in support of the motion.

No. 1670, Misc. COLLINS *v.* KLINGER, MENS COLONY SUPERINTENDENT;

No. 1701, Misc. JACKSON *v.* LLOYD, CORRECTIONAL SUPERINTENDENT; and

No. 1749, Misc. HENDERSON *v.* CRAVEN, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.